UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONEGAL, INC.,
    Plaintiff,

-v-

KEPS TECHNOLOGIES, INC, D/B/A
ACD.NET; KEVIN SCHOEN; AND
MICHAEL OESTERLE,
    Defendants.

No. 1:10-cv-923

HONORABLE PAUL L. MALONEY

## PARTIAL JUDGMENT

Having granted Plaintiff Donegal Inc.'s motion for default judgment against Defendant KEPS Technologies, pursuant to Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** is entered in favor of Donegal Inc. and against Defendant KEPS Technologies.

**IT IS SO ORDERED.**

Date:  November 16, 2010                 /s/ Paul L. Maloney
                                                          Paul L. Maloney
                                                          Chief United States District Judge